**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Pierre Investments, Inc., *et al.*, | ) |
| | ) Case No. 3:22-CV-000932 |
| Plaintiffs, | ) |
| v. | ) Judge James R. Knepp |
| | ) |
| Anspach Meeks Ellenberger LLP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING LEAVE FOR MOTION TO AMEND**

Upon motion of Plaintiffs for Leave to Amend their Complaint (the "Motion") and for good cause shown, the Court finds the Motion to be well-taken, and it is hereby granted.

Accordingly, the Defendants shall have 14 days from the date of this order to file a responsive pleading to Plaintiffs' Amended Complaint.

**SO ORDERED.**

_____
UNITED STATES JUDGE
JAMES R. KNEPP