# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**PIERRE INVESTMENTS, INC., et al.,**   CASE NO. 3:22 CV 932

    Plaintiffs,

    v.   JUDGE JAMES R. KNEPP II

**ANSPACH MEEKS ELLENBERGER, LLP, et al.,**

    Defendants.   **JUDGMENT ENTRY**


For the reasons stated in the related Memorandum Opinion and Order issued this same date, the Court ORDERS this case be DISMISSED.

IT IS SO ORDERED.


           s/ *James R. Knepp II*
          UNITED STATES DISTRICT JUDGE

          April 20, 2023